UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-06028-JLS-RAO                          Date: February 06, 2026
Title:  Joongangilbo USA Inc. v. KoreaTV.Radio et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Kelly Davis  | N/A |
| :---: | :---: |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| :---: | :---: |
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DENYING MOTION TO REMAND AND/OR STRIKE AS MOOT (Doc. 118)**

On January 2, 2026, Plaintiff filed a Notice of Removal seeking to remove an action filed by Defendant Choi in Los Angeles Superior Court.  (Doc. 116.)  On January 13, 2026, the Court issued an Order Striking the Notice of Removal and Remanding the associated case to Los Angeles County Superior Court.  (Doc. 119.)  The same day, Defendant Choi filed a Motion to Remand and/or Strike the Notice of Removal.  (Doc. 118.)  Because the Court has already stricken the Notice of Removal at Doc. 116, Defendant Choi's Motion to Remand and/or Strike is DENIED AS MOOT.

Initials of Deputy Clerk: kd